48 So.2d 261

### Dodie JOHNSON v. STATE.
### 6 Div. 122.

Supreme Court of Alabama.
Oct. 19, 1950.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for petitioner.

Young & Young, of Vernon, opposed.

LIVINGSTON, Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Johnson v. State, 48 So.2d 259.

We have examined the petition for certiorari in connection with the opinion of the Court of Appeals and we are of the opinion that the petition is without merit.

Writ denied.

BROWN, SIMPSON and STAKELY, JJ., concur.